March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

HANI LAKKIS LAKKIS,

        Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

19 -CR- 764 (__)(__)

Defendant HANI LAKKIS LAKKIS hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**     Initial Appearance/Appointment of Counsel

___     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Preliminary Hearing on Felony Complaint

___     Bail/Revocation/Detention Hearing

___     Status and/or Scheduling Conference

___     Misdemeanor Plea/Trial/Sentence

/s/ Hani Lakkis Lakkis
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Hani Lakkis Lakkis**
_____
Print Defendant's Name

_____
Defense Counsel's Signature

**Neil P. Kelly**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

4/6/2021
_____
Date

_____
U.S. Magistrate Judge