UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

          19-cr-764 (PKC)

  -against-                         ORDER

HANI LAKIS LAKIS,

          Defendant.
------------------------------------------------------------x
CASTEL, U.S.D.J.

        The arraignment scheduled for May 4, 2021 at 10:30 A.M. will proceed telephonically. The call-in information for this proceeding is as follows:

        Dial-in:     (888) 363-4749

        Access Code:  3667981

        SO ORDERED.

                                            P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
       April 29, 2021